**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| ERICA R., | Case No. CV 21-7354-AS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: August 23, 2022

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE